UNITED STATES DISTRICT COURT **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

APR 27 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:22CR229 JAR/JMB |
| v. ) | |
| ) | |
| DAVANTE LINDSEY, a/k/a "Jizzlebuckz," ) | |
| ANDRE PEARSON, a/k/a "Luh Half," ) | |
| TONY EVANS, ) | |
| ARAVEN JOHNSON, ) | |
| DOUGLAS SIMPSON, ) | |
| JEFFREY MOORE, ) | |
| SHAWN LIGGINS, ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at an unknown date and continuing for a period of time, including September 30, 2021 and continuing up to the date of this Indictment, with exact dates unknown, within the Eastern District of Missouri and elsewhere,

**DAVANTE LINDSEY, a/k/a "JIZZLEBUCKZ," ANDRE PEARSON, a/k/a "LUH HALF," TONY EVANS, ARAVEN JOHNSON, DOUGLAS SIMPSON, JEFFREY MOORE, and SHAWN LIGGINS**

the Defendants herein, and others known and unknown, did knowingly and intentionally conspire, confederate, combine, and agree to distribute and to possess, with the intent to distribute, over 40 grams of a mixture or substance containing a detectable amount of fentanyl, in violation of Title

21, United States Code, Sections 846 and 841(a) and punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

## COUNT TWO

The Grand Jury further charges that:

On or about January 10, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DOUGLAS SIMPSON and JEFFREY MOORE,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing forty (40) grams or more of a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

## COUNT THREE

The Grand Jury further charges that:

On or about January 18, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**SHAWN LIGGINS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing forty (40) grams or more of a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 18, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**SHAWN LIGGINS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute fentanyl as set forth in Count Four.

In violation of Title 18, United States Code, 924(c)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about February 17, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DAVANTE LINDSEY, a/k/a "JIZZLEBUCKZ",**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to conspiracy to distribute fentanyl as set forth in Count One.

In violation of Title 18, United States Code, 924(c)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about March 14, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE PEARSON, a/k/a "LUH HALF" AND ARAVEN JOHNSON,**

the Defendants herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

The Grand Jury further charges that:

On or about April 5, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE PEARSON, a/k/a "LUH HALF",**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHT

The Grand Jury further charges that:

On or about April 9, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE PEARSON, a/k/a "LUH HALF",**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINE

The Grand Jury further charges that:

On or about April 19, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE PEARSON, a/k/a "LUH HALF",**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN

The Grand Jury further charges that:

On or about April 19, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DAVANTE LINDSEY, a/ka/ "JIZZLEBUCKZ",**

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER L. SZCZUCINSKI, #56906MO
Assistant United States Attorney