IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )    4:22-CR-0229 JAR JMB |
| vs. | ) |
| | ) |
| DAVANTE LINDSEY, | ) |
| | ) |
| Defendant. | ) |

**<u>PROTECTIVE ORDER</u>**

The United States of America's Motion for a Protective Order is hereby considered and granted. Accordingly, it is hereby ORDERED:

1. The United States shall release a copy of the pretrial discovery to defense counsel of record.

2. The defendant or his attorneys are prohibited from copying, releasing or disseminating the discovery in this case to any person other than the following individuals: (1) other counsel of record in the pending case; (2) an associate, paralegal, stenographic or clerical staff member involved in the defense of this case; (3) such independent experts as may be retained by defense counsel of record to furnish technical or expert services or give testimony in this case; (4) other persons after notice to the United States and upon further Order of this Court and upon a showing of particularized need.

3. Defense counsel is permitted to make the discovery available for viewing only to the defendant. However, defense counsel may provide the defendant with summaries, outlines, and/or charts of the discovery in this case, but such summaries, outlines, and/or charts shall not contain any identifying information of any individuals mentioned in connection with this case, which includes, but is not limited to, full names, addresses, phone numbers, dates of birth, social

security numbers, email addresses, and social media profile identifiers. Any summaries, outlines, and/or charts provided to the defendant shall be affixed with a watermark across the entirety of each page, clearly indicating it is information provided to defendant by defense counsel. The defendant is prohibited from copying, releasing, or disseminating any such summaries, outlines, and/or charts.

4.  If defendant or his attorneys have, prior to the entry of this Protective Order, previously copied, released or disseminated the discovery in this case to any person encompassed under subsection (4) above, notice to the United States shall be given to the United States as to each person, including the person's name, address and current telephone number, and a showing of particularized need shall be made to the Court.

5.  Should disclosure be permitted by the Court, each person encompassed under subsection (4) above must file a signed, written notice with the Court that he or she has reviewed this Order, understands this Order, and agrees to be bound by this Order.

6.  Nothing in this Protective Order is intended to prevent or impede defense counsel of record's sharing of discovery with their named-defendant client.

SO ORDERED this _____ day of _____. 2022

_____
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE