To whom it make concern

I am writing you today on behalf of my dear friend, Davante Lindsey to share with you a glimpse of the remarkable individual he is.

He is not just a friend to me, but a beacon of light within our community. His unwavering dedication to giving back and bettering the lives of those around him is nothing short of inspiring. Whether it is volunteering at local shelters, organizing community events, or simply offering a helping hand to those in need, he has always been there, selflessly putting others before himself.

As a father, he embodies love, patience, and guidance. The way he

nurtures and supports his children reflects the kind, compassionate soul that he is. His children look up to him not only as a parent but as a role model, learning invaluable lessons of integrity and kindness through his actions. Thank you for taking the time to read this letter.

Warm regards,
Kiaundra Barnes

8/27/2024

Dear Judge Ross,

My name is LaTalia Wilderness, and I am a friend of Davante Lindsey. I have known Davante over 4 years and met him at a Christmas charity event for less fortunate children and families. He was there donating coats and I was donating bikes. We exchanged numbers and our friendship started from there. Later on reflecting on how we met he told me he spent the last of his money on the 20 coats he donated, but it was for kids that didn't have much and to be apart of the charity event and give back was important to him. And that was the person I grew to know him to be. Always willing to help someone out and give back in some way.

When I met Davante every time I would talk to him he was home, in the dark or sometimes watching tv which I found odd because he was young but always in the house or studio. As time went on he told me some things that happened in his past such as friends passing away and how he was still grieving those losses, how his father was sentenced to life when he was a toddler, that his mom was having health issues and the doctors could never figure out what was wrong with her, and lastly that his little brother was very ill whom passed away shortly thereafter. Of course that was a lot to take in and hard to believe because on the internet he was this bubbling character that appeared to be so happy but behind closed doors he was broken. I believe all the things I named and I'm sure more that he never shared with me pushed him to try to be a provider and make decisions that landed him where he is today.

I know Davante has plead to guilty to his charges and I am writing to offer a glimpse of who Davante really is. I would never reduce the magnitude of his crimes but Davante is much more than the crimes he has plead guilty to. Davante is very humble and shy believe it or not. I learned long ago that Jizzle Buckz is a character and most of the things he rap about and the rap persona is not real, its entertainment. Davante has a heart to help people and is family man and great father and friend to those that he love. Davante has expressed regret for his wrong doings and I believe he has truly learned his lesson and is committed to being a better person and citizen. Davante has also expressed interest in wanting to receive some of counseling or therapy to help deal with some of the traumas he has experienced.

I understand there are federal sentencing guidelines and I realize how significant the possible sentence could be. I hope that you will find Davante's life and charges to warrant a low sentence. Thank you for taking the time to read my letter.


Respectfully,


LaTalia Wilderness

Dear Judge Ross,

    Since I have known Davante Lindsey, he has always been genuine, selfless, family oriented, and very motivating. Those are just a few of his many great traits. Being traumatized as just a kid disrupted his mental state but, no matter what he went through the love he showed was always infectious.

    Throughout his life he has had trauma from losing childhood friends, losing his little brother, and seeing his best friend that was more like a brother to him nearly die in front of him. I see how it all took a toll on his mental state. Going through obstacles after obstacles he still tried to make peace in every situation. He also did not have his father around and felt that he had to be his family's primary caregiver. He did not have a father figure due to his father being incarcerated. Davante has always been noticeably big on family. One of his goals was always to break generational curses and not put his two children through what he had to go through while he was growing up.

    Through it all, Davante still found ways to give back to his community rather it was a give way for the children or giving the community a place to feel comfortable and enjoy themselves. I know for me I did not feel comfortable going to most places, but his night club was not one.

    Coming across a being like him has become rare these days. If I ever needed anyone, I knew I could count on him. He was always a motivation to me. He motivated me to not give up on my dreams and be productive every day. I am successful today because of his encouragement. Not only me but I see the impact he had on others.

Sincerely,

Ericcah Harvey

Case: 4:22-cr-00229-JAR   Doc. #: 919   Filed: 09/06/24   Page: 6 of 6 PageID #: 3006